IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-239-H

| | |
|---|---|
| TERRY H. BASS & STEVE BASS,<br>    Plaintiffs,<br><br>v.<br><br>TOM VILSACK, Secretary,<br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE,<br>    Defendant. | **ORDER** |

This matter is before the court on defendant's motion to file the administrative record in this case on compact discs in lieu of using the court's electronic filing system due to administrative burden. Defendant states that the administrative record is comprised of 3,771 pages and 930 Megabytes of audio files and would require defendant to partition the record into approximately 40 smaller subfiles for electronic filing.

While the court is mindful of the work involved in filing the administrative record electronically, granting defendant's motion would simply shift the burden of scanning and electronically filing the documents to this court's clerk of court. Accordingly, defendant's motion [DE #19] is DENIED.

This 25th day of May 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31